IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NATHANIEL LAMAR HILL, <br> AIS 339209, <br>     Plaintiff, <br> v. <br> HEATH TAYLOR, *et al.*, <br>     Defendants. | )  )  )  )  )  )  ) CASE NO. 3:24-cv-224-ECM <br> )  )  )  )  ) |

**O R D E R**

On November 1, 2024, the Magistrate Judge entered a Recommendation (doc. 21) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 21) is ADOPTED;

2. The Plaintiff's motion for preliminary injunction (doc. 6) is DENIED as moot;

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 20th day of December, 2024.

                                             /s/ Emily C. Marks
                                            EMILY C. MARKS
                                            CHIEF UNITED STATES DISTRICT JUDGE